Argued October 27, affirmed October 27, 1972

STATE OF OREGON, *Respondent, v.* TERESA
LEE MATTHEWS (No. 20408), *Appellant.*
501 P2d 1300

*Lawrence R. Derr,* Hillsboro, argued the cause and filed the brief for appellant.

*John L. Snyder,* District Attorney, Dallas, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

Affirmed from the bench.